TAYLOR v. ABERNETHY

No. 171P02

Case below: 149 N.C. App. 263

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

TAYLOR v. STATE

No. 505A99-2

Case below: New Hanover County Superior Court

Application by petitioner for writ of habeas corpus denied 26 February 2003.

TAYLOR v. THE KING GRP., INC. (INTERIM HEALTHCARE OF RALEIGH-DURHAM, INC.)

No. 657P02

Case below: 154 N.C. App. 349

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

WEBB v. WEBB

No. 652P02

Case below: 153 N.C. App. 813

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

WHITACRE P'SHIP v. BIOSIGNIA, INC.

No. 617PA02

Case below: 153 N.C. App. 608

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 27 February 2003.